UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS
COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:18CV838-SRU

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Scott R Palmenta

VS.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Lt. Jeffrey Covello N.M.P.D.

John Doe, Superviser N.M.P.D.

Mayor Peter Bass New Milford, CT

FILED 2018 MAY 17 P 12:08 U.S. DISTRICT COURT NEW HAVEN, CT

Rev. 10-5-15

Please complete every section and SIGN THE LAST PAGE.

A. **JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one:

I can bring my complaint in federal court because I am suing:

1. __X__ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B. **PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
   a. Full Name: Scott R Palmenta
   b. Inmate Number: 190472
   c. Correctional facility: ~~Walker~~ C.I. Suffield, CT 06080
      1153 East St South

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

C. **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1. First Defendant
   a. Full Name: Jeffrey Covello
   b. Rank or Title: Lt.
   c. Workplace: New Milford Police Dept. 49 Poplar St, New Milford, CT 06776

2. Second Defendant
   a. Full Name: John Doe
   b. Rank or Title: Superviser

Rev. 7-7-15

c. Workplace: New Milford Police Dept. 49 Poplar St. New Milford, CT 06776

3. Third Defendant

   a. Full Name: Peter Bass
   b. Rank or Title: Mayor
   c. Workplace: Town of New Milford, Town Hall, 10 Main St 06776-2831

4. Fourth Defendant

   a. Full Name:
   b. Rank or Title:
   c. Workplace:

5. Fifth Defendant

   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant

   a. Full Name:
   b. Rank or Title:
   c. Workplace:

D. **PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages.

1. First Lawsuit

   a. Court and Date filed: Litchfield J.D. at Torrington / mailed about 4-17-15
   b. Caption and Docket No.: Scott R Palmenta v. Lt. Jeffrey Covello N.M.P.D.
   c. Briefly, what was this lawsuit about? False arrest and false imprisonment CT STATE constitutional and tort violations
   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?
   I haven't heard back from the court yet if fee waiver is approved for court and marshal service fees

Rev. 7-7-15

2. <u>Second Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

E.  **REASON FOR COMPLAINT**

WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim. If this happens, you will still have to pay the filing fee, even if you are proceeding *in forma pauperis*. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file:

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago. If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved. You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages. You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example: gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

**Example of Statement of Case**

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m. in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

**Now describe your claims:**

**Statement of Case**

Defendant #1 Lt. Jeffrey Covello

1. On 5-13-16 above Defendant a New Milford, CT police officer came to my house at 382 Kent Rd, New Milford, CT at approximately 6pm. He stayed at my house with another officer till 8:30 p.m. Defendant threatened Plaintiff with several years in prison if Plaintiff wouldn't admit to a crime he never did.

2. Plaintiff cooperated 100% and let Defendant take his D.N.A. when asked and also when asked Plaintiff agreed to let Defendant search his house and his vehicle. Plaintiff also agreed to Defendant's request to allow alleged victim/witness to come and look at Plaintiff.

3. Above Defendant told Plaintiff he was positively I.D. and his vehicle plate # was all a match by a witness and stated Plaintiff stole a pocketbook with several thousand dollars $7,000-$8,000 on 5-12-16.

4. Plaintiff told Defendant officer Covello he is wrong and Plaintiff never did what Defendant accused him of and Defendant raised his voice in threatening manner and said he was a State Trooper over 20 years and has a lot of pull with the courts and he would help me if I admitted to the crime he wanted Plaintiff to admit to.

5. At approximately 8:30 pm 5-13-16 Defendant said he was towing and seizing Plaintiff's vehicle without a warrant.

6. Plaintiff called Attorney David Bachman about 8:30 pm at 203-848-5250 who spoke to officer Covello on Plaintiff's cell phone. Officer Covello told Attorney Bachman Plaintiff stole $7,000-$8,000 and a pocketbook and was positively I.D. and his vehicle plate # a match by alleged witness.

7. Attorney Bachman told officer Covello Defendant #1 he can't tow Plaintiff's vehicle without a warrant and probable cause.

8. Defendant told Attorney Bachman he has all the probable cause he needs. Officer Covello told Plaintiff he was towing and seizing and searching his vehicle because Plaintiff is going to make Defendant work to arrest him.

9. On 5-22-16 about 3pm officer Covello and other unknown officer's came to Plaintiff's house to arrest him and did arrest him by warrant for Burglary 3rd degree 53a124 and Larceny 3rd degree 53a124.

10. Docket # CR16-0150312-S.

- Case was dismissed 7-29-16 by Bantam Court Judge but do to Plaintiff on parole he still had to sit in prison falsely till 9-15-16 for parole hearing and release same day.

Rev. 10-5-15

officer Covello falsely arrested Plaintiff with no Probable Cause and knowingly lied and misled Court. Defendant left out pertinant facts and evidence such as alleged victim found what was missing in full and reported this to Defendant three days before Defendant applied for arrest warrant. Defendant failed to tell the court that Plaintiff did not match description of alleged victim's description of Person/Suspect. Defendant Lied and inflated amount/value of property missing to a felony larceny when in fact it was $1300.00 and a wallet which is misdemeanor larceny. Plaintiff's vehicle was not color or condition or plate# alleged victim gave to Defendant. Defendant never did a Lineup prior to arrest warrant application because Plaintiff was completely different looking than witnesses I.D. Continued 3 pgs Attached

*If you need more space, attach additional pages, but be as brief as possible.*

### F. REQUEST FOR RELIEF

*Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured. (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one. (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.*

$100,000 punitive and $100,000 compensatory damages against Defendant one and Defendant two in their individual and official capacities. $100,000 in compensatory damages against Defendant Three in his official capacity to be awarded plaintiff. To include any declartory relief and any other relief the court sees just in the interest of societal justice.

### G. Do you wish to have a jury trial? Yes __X__ No _____

### H. DECLARATION UNDER PENALTY OF PERJURY

*Warning: You must sign this or your complaint will not be filed.*

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Scott Palmenta_

Signed at _Suffield  CT_ on _5-1-2018_
           (Location)              (Date)

*If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. The complaint cannot be filed without a signature from each plaintiff.*

Rev. 10-5-15

E.   Continued → Statement of Case

Defendant #1 Lt. Jeffrey Covello is a Rogue Police Officer and didn't follow Basic Police Procedure and Protocol. Failed to do proper evidence gathering to prevent unlawful arrest of citizen's such as Plaintiff. Alleged victim never saw anyone do a crime and Plaintiff's Attorney found out all these facts. There never was a crime. Defendant knowingly and with reckless and callous disregard used deliberate indifference. Defendant's action's are "Shocking" and intentional. Imprisoned a innocent person. Unlawfully arrested Plaintiff and unlawfully searched and seized and towed Plaintiff's vehicle off his property. Plaintiff has nightmares and emotional and mental duress.

Plaintiff lost his career training job, his freedom and sat in prison 4 month's until at Plaintiff's urging his Attorney got State to do a police lineup which is Police 101 and should of been done by Defendant Prior to applying for a arrest warrant. Police lineup was done in July of 2016 and alleged victim never glanced at or picked out Plaintiff and case was dismissed 7-29-16.

Defendant #2 John Doe Superviser
New Milford Police Dept

1) Defendant Doe was Superviser of Defendant Covello on 5-12-16 and authorized and unlawful search and seizure of Plaintiff's vehicle

2) Defendant Doe failed to supervise and ensure



E. Continued → Statement of Case

Proper and lawful Police Procedures and investigating was done by his subordinate officer Covello. Defendant Doe failed to review the facts and signed off on a warrant application that didnt meet veracity and probable cause standards. This is a failure to train a new police officer for the Town of New Milford who is Defendant #one. This lack of supervision and unlawful actions by Defendant one and Defendant Doe allowed Defendant's to violate Plaintiff's federal and state Constitutional Rights. Civil and CT Statutory Right's also were violated by Defendant's one and two towards Plaintiff which is reckless and malicious. allowing subordinates as officer Covello to omitt pertinant facts which a Court relies on in determining probable cause for a warrant was deliberate and callous indifference. allowing officer Covello to lie and inflate charges along with allowing officer Covello to not do basic Police Procedures and Proper factual investigating led to false arrest of Plaintiff. This show's the mentality of the New Milford Police Dept. which has a history of violating citizen's constitutional and civil Right's.

E. Continued → Statement of Case

### Defendant #3
### Mayor of New Milford Peter Bass

New milford mayor Peter Bass is the one who hires all police officer's and is responsible for the training of all police officer's. This isn't the first instance of New milford police officer's violating citizen's constitutional, civil, statutory right's. This is an ongoing issue, a policy and custom of New milford is flawed and citizen's right's keep getting violated by New milford Police Dept.

I.  **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps.

1. Sign the Declaration under Penalty of Perjury on p. 8.
2. Answer all questions on the complaint form.

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

Rev. 10-5-15